HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN PEDRO MENCHACA FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00047-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| JUAN PEDRO MENCHACA FERNANDEZ, | Date:  May 14, 2025<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Juan Pedro Menchaca Fernandez, that the status conference currently scheduled for April 23, 2025, at 1:00 p.m. may be continued to May 14, 2025, at 1:00 p.m.

　　　　The parties agree and stipulate, and request that the Court find the following. The government has provided initial discovery and anticipates making a plea offer by the end of April.  For these reasons, the parties are requesting a brief continuance of the status conference to allow for effective defense preparation of the case and ongoing negotiation between the parties. The requested continuance will conserve time and resources for the parties and the Court.

　　　　Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date

prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to May 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: April 16, 2025

*/s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 16, 2025

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JUAN PEDRO MENCHACA FERNANDEZ

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for April 23, 2025, at 1:00 p.m. is hereby continued to May 14, 2025, at 1:00 p.m. The time period to May 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    **April 16, 2025**              /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE