HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN PEDRO MENCHACA-FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN PEDRO MENCHACA-FERNANDEZ,<br><br>Defendants. | Case No. 1:25-cr-00047-KES-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; AND ORDER**<br><br>Date:   May 12, 2025<br>Time:  9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, Assistant Federal Defender Laura Myers, counsel for Juan Menchaca-Fernandez, that the Court may vacate the status conference currently scheduled for May 14, 2025, at 1:00 p.m., and set a change-of-plea hearing on May 12, 2025, at 9:30 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on May 14, 2025, at 1:00 p.m.

2. Mr. Menchaca-Fernandez intends to enter a change of plea.  A signed plea agreement will be filed on the docket prior to the change-of-plea hearing.

3. The parties therefore request that the Court vacate the May 14 status conference set a change-of-plea hearing on May 12, 2025, at 9:30 a.m.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the court need not make further findings, as time has already been excluded through May 14, 2025.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: May 7, 2025        */s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 7, 2025        */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JUAN PEDRO MENCHACA-FERNANDEZ

## **ORDER**

IT IS SO ORDERED that the status conference set for May 14, 2025, is vacated. A change of plea hearing is set for **May 12, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time was previously excluded through May 14, 2025.

IT IS SO ORDERED.

Dated:  **May 7, 2025**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE